45404. MARTIN v. GENERAL MOTORS CORPORATION.

QUILLIAN, Judge. Under rulings by this court and the Supreme Court on prior appearances, this case is one involving equity.

Hence, it is within the jurisdiction of the Supreme Court and not this court. *General Motors Corp. v. Martin,* 118 Ga. App. 43 (162 SE2d 742); *Martin v. General Motors Corp.,* 224 Ga. 677 (164 SE2d 107).

*Transferred to the Supreme Court. Bell, C. J., and Whitman, J., concur.*

ARGUED JUNE 1, 1970—DECIDED JULY 14, 1970.

*Charles L. Drew, Robert L. Cowles,* for appellant.
*King & Spalding, R. William Ide, III,* for appellee.